# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bighorn Construction & Reclamation, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> RES America Construction Inc, <br><br> Defendants. | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br><br> Case No. 1:21-cv-113 |

**IT IS ORDERED:**

A mid-discovery status conference will be held before the magistrate judge on January 31, 2022, at 1:30 PM. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

Parties are advised that telephone conferences may be electronically recorded for the convenience of the Court.

Dated this 15th day of July, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court