# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Bighorn Construction & Reclamation, LLC, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:21-cv-113 |
| RES America Construction Inc., | ) ) | |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on May 10, 2022. Pursuant to its discussion with the parties, the court shall stay all pretrial deadlines pending further order. The court shall contact the parties to schedule another status conference once it has addressed defendant's pending motions to amend its counterclaim and add counterclaim defendants.

**IT IS SO ORDERED.**

Dated this 10th day of May, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court